IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION  *E-FILED - 9/27/07*

| | |
|---|---|
| ALLEN A. FULTON, JR.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WARDEN A. A. LAMARQUE, et al.,<br><br>　　　　　　　　　　　　Defendants. | C 03-4709 RMW (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SEAL THE DECLARATION OF MICHAEL COLLIER AND ACCOMPANYING EXHIBITS AND DECLARATION OF INMATE-WITNESS |

　　　Defendants Lamarque, Rankin, Collier, and Jemison (Defendants) filed a Motion to Seal the Declaration of Michael Collier and Accompanying Exhibits and the Declaration of Inmate-Witness. FOR GOOD CAUSE SHOWING, Defendants' motion is GRANTED and the Declaration of Michael Collier and the accompanying exhibits and the Declaration of Inmate-Witness are filed under seal. The declarations and accompanying exhibits shall remain under seal for fifty years.

Dated: ___9/27/07___　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　The Honorable Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[Proposed] Order　　　　　　　　　　　　　　　　　　　　A. Fulton v. A.A. Lamarque, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 03-4709 RMW (PR)