1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

*E-FILED - 4/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLEN A. FULTON, JR.,                          )     No. C 03-4709 RMW (PR)
                                               )
                    Plaintiff,                 )     ORDER DENYING MOTION
                                               )     FOR RECONSIDERATION
        v.                                     )
                                               )
                                               )
A.A. LAMARQUE, et. al.,                         )     (Docket Nos. 75)
                                               )
                    Defendants.                 )
_____)

18      Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant

19  to 42 U.S.C. § 1983 against Salinas Valley State Prison ("SVSP") officials.  On March

20  31, 2008, the court granted defendants' motion for summary judgment.  Plaintiff has filed

21  a motion for reconsideration, which, for the for the reasons discussed below, the court

22  will DENY.

23      Motions for reconsideration should not be frequently made or freely granted; they

24  are not a substitute for appeal or a means of attacking some perceived error of the court.

25  See Twentieth Century - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir.

26  1981).  Rule 60(b) of the Federal Rules of Civil Procedure provides for reconsideration

27  where one or more of the following is shown: (1) mistake, inadvertence, surprise or

28  excusable neglect; (2) newly discovered evidence which by due diligence could not have

1  been discovered before the court's decision; (3) fraud by the adverse party; (4) voiding of

2  the judgment; (5) satisfaction of the judgment; (6) any other reason justifying relief.  Fed.

3  R. Civ. P. 60(b); School Dist. 1J v. ACandS Inc., 5 F.3d 1255, 1263 (9th Cir.1993).

4          Plaintiff fails to allege the provision of such rule under which reconsideration is

5  warranted; he alleges no new evidence that could not have been discovered with due

6  diligence, no mistake, inadvertence, surprise or excusable neglect, no fraud by the adverse

7  party, and no voiding of the judgment.  Plaintiff does not provide any other reason

8  justifying relief.  Rather, plaintiff argues that he believes the court's analysis of his claims

9  and rationale for granting defendant's motion are incorrect. Mere dissatisfaction with the

10  court's order or belief that the court is wrong in its decision are not adequate grounds for

11  reconsideration under Rule 60(b).  See Twentieth Century - Fox Film Corp 637 F.2d at

12  1341.  For example, plaintiff argues that the court failed to address his contention that

13  defendants retaliated against him for filing inmate grievances.  The court did address that

14  claim, specifically finding plaintiff had presented no evidence that the filing of such

15  grievances was the motivation behind defendants' actions.. (See March 31, 2008 Order at

16  8-9 & n.5.)  Plaintiff also argues that he had a right to remain silent when prison officials

17  were investigating his involvement in the inmate strike, but he only cites California law,

18  not federal law; a § 1983 claim may not be based on the violation of state law.  (See id.

19  at 9 & n.6.)  Lastly, plaintiff again makes the conclusory allegation that he needed more

20  discovery to oppose defendants' motion, without any indication as to what discovery he

21  required, what issue of material fact such discovery would enable him to create, or how

22  such discovery would otherwise allow him to successfully oppose defendants' motion.

23          Accordingly, the motion for reconsideration is DENIED.

24      This order terminates Docket No. 75.

25      IT IS SO ORDERED.

26  DATED:  __4/28/08_____          _Ronald M. Whyte_____

27                                          RONALD M. WHYTE
                                            United States District Judge

28

Order Denying Reconsideration
P:\pro-se\sj.rmw\cr.03\Fulton709rec.wpd